(108 So. 589)

PHENIX CITY v. COUNTY BOARD OF EDUCATION. (4 Div. 273.)

(Supreme Court of Alabama. April 15, 1926.)

Injunction ⬤➡163(5)—In suit for injunction pending petitioner's appeal from judgment denying mandamus, dissolving temporary injunction will not be held error, where judgment denying mandamus was affirmed.

In suit for injunction pending petitioner's appeal from judgment denying writ of mandamus, dissolving temporary injunction will not be held error, where the judgment denying writ of mandamus was affirmed on the appeal.

Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

Bill for injunction by Phenix City against the County Board of Education. From a de-

cree dissolving a temporary injunction, petitioner appeals. Affirmed.

R. L. Smith, of Phenix City, and F. M. De Graffenried, of Seale, for appellant.

B. De G. Waddell, of Seale, and Rushton, Crenshaw & Rushton, of Montgomery, for appellee.

GARDNER, J. This bill was filed seeking injunctive relief pending appeal from judgment of the circuit court denying the issuance of a writ of mandamus. 22 Cyc. 825. The temporary injunction was dissolved, and from such decree this appeal is prosecuted.

A consideration of the equity of the bill may be pretermitted. The mandamus case has this day been decided adversely to appellant (State ex rel. Eugene L. King et al. v. County Board of Education of Russell County [Ala. Sup.] 108 So. 588[1]), and, very clearly, the chancellor will not be put in error under these circumstances for dissolving the injunction (Donovan v. McCord, 204 Ala. 292, 85 So. 262). Its dissolution seems also to have been justified by the answer and proof offered on the hearing.

Let the decree be affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

